| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:02CR130 **and** 1:03CR00057 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | |
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Thomas Allen Martin 18019 Cindy's Lane Justin, TX 76247 | DISTRICT Southern District of Ohio | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Sandra S. Beckwith Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM October 7, 2005 — TO October 6, 2010 |

OFFENSES:

1:02CR130:   Bank Fraud 18 USC § 1344
             And
1:03CR00057: Failure To Appear 18 USC §§ 3146(a) and (b)(1)(A)(i)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the **United States District Court for the Eastern District of Texas** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

3/7/06
Date

*[signature]*
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Texas

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/06
Effective Date

*[signature] Paul Brown*
United States District Judge